No. 77–1629.  WILKES v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 77–1630.  MACK TRUCKS, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 77–1632.  TRUCK DRIVERS LOCAL UNION No. 807, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, HELPERS & WAREHOUSEMEN OF AMERICA v. BOHACK CORP.  C. A. 2d Cir.  Certiorari denied.

No. 77–1633.  WEINSTEIN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 77–1634.  SECURITY SAVINGS & LOAN ASSOCIATION OF DICKINSON, TEXAS v. CITY SAVINGS ASSN.  Sup. Ct. Tex.  Certiorari denied.

No. 77–1635.  FICKLIN ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–1636.  REED v. CITY OF LOS ANGELES ET AL.  App. Ct. Cal., 2d App. Dist.  Certiorari denied.

No. 77–1637.  ROBINSON v. KUSPER, CLERK OF COOK COUNTY, ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 77–1638.  CRANE ET AL. v. BARTH ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–1639.  HAMPTON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–1640.  CLARK EQUIPMENT CO. v. KELLER ET AL.  C. A. 8th Cir.  Certiorari denied.